NUMBER 13-02-283-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

SIXTO
MONTERRUBIO,                                                         Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On appeal from the 138th District Court 

                                 of Cameron County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, SIXTO
MONTERRUBIO, attempted to perfect an appeal from an order denying motion
for post-conviction DNA testing entered by the 138th District
Court of Cameron County, Texas. 
The order from which this appeal is taken was signed on February
4, 2002.  The notice of appeal was
due to be filed on March 6, 2002, but was not filed until May 8, 2002.   Said notice
of appeal is untimely filed.            Tex. R. App. P. 26.3 provides that the
court of appeals may grant an extension of time for filing notice of appeal if
such notice is filed within 
fifteen days of the last day allowed and within the same period a
motion is filed in the court of appeals reasonably explaining the need for such
extension.  Appellant failed to file his
notice of appeal and a motion requesting an extension of time within such
period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th
day of November, 2002.